IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **PATRICIA GREEN,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. **3:11-CV-1705-L (BF)** |
| § | |
| **MICHAEL ASTRUE, COMMISSIONER** § | |
| **OF SOCIAL SECURITY**, § | |
| § | |
| Defendant. § | |

# ORDER

Plaintiff Patricia Green ("Green") filed this appeal on July 18, 2011, from the decision of the Commissioner of the Social Security Administration ("Commissioner") denying her claim for Disability Insurance Benefits ("DIB") under Title II of the Social Security Act ("Act") and Supplemental Security Income ("SSI") under Title XVI of the Act. The case was referred to Magistrate Judge Paul D. Stickney, who entered Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on June 6, 2012, recommending that the final decision of the Commissioner be reversed and remanded for further consideration. No objections to the Report were filed.

After a review of the pleadings, file, record, applicable law, and the magistrate judge's Report, the court determines that the magistrate judge's findings and conclusions are correct, and accepts them as those of the court. Accordingly, the Commissioner's decision is **reversed**, and this case is **remanded** to the Commissioner for further consideration consistent with the court's ruling.

**It is so ordered** this 28th day of June, 2012.

_____
Sam A. Lindsay
United States District Judge

**Order - Page 2**